DuCHARME & COHEN
JAMES A. DuCHARME, ESQ., SBN 61002
E-MAIL: jducharme@pacbell.net
450 Taraval Street, P.M.B. 317
San Francisco, CA 94116-2530
Telephone: 415.495.4171
Facsimile: 888.668.4170

Attorneys for Plaintiff
JESSE HOUGHTAILING

VILLARREAL HUTNER & TODD PC
TRACY S. TODD, ESQ., SBN 172884
E-Mail: ttodd@vhattorneys.com
JULIE WONG, ESQ., SBN 247342
E-Mail: jwong@vhtattorneys.com
575 Market Street, Suite 300
San Francisco, California  94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendants
FRITO-LAY NORTH AMERICA, INC. and
PEPSICO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE HOUGHTAILING,<br><br>    Plaintiff,<br><br>    v.<br><br>FRITO-LAY NORTH AMERICA, INC., and PEPSICO, INC., AND DOES 1 TO 100, inclusive,<br><br>    Defendants. | CASE NO. 3:11-cv-05062-TEH<br><br>**STIPULATION AND REQUEST TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER GRANTING CONTINUANCE**<br><br><br>Action Filed:  August 24, 2011<br>Removal Filed:  October 14, 2011<br>Trial Date:  None Set |

TO THIS HONORABLE COURT:

Plaintiff Jesse Houghtailing ("Plaintiff"), by and through his counsel, and Defendants Frito-Lay North America, Inc. and Pepsico, Inc. ("Defendants"), by and through their counsel respectfully request a continuance of the Joint Case Management Conference on the following grounds:

1. Whereas the joint case management conference in this case is currently scheduled for Monday, January 23, 2012 at 1:30 p.m. before the Court;

2. Whereas Plaintiff's counsel is currently ill and does not anticipate being well and able to attend the Monday, January 23, 2012 case management conference;

3. Whereas Plaintiff and his counsel have another case before this Court, <u>Jesse Houghtailing v. Crown Equipment Corp.</u>, case number 3:11-cv-05040-THE, and the case management conference for that matter is currently scheduled for January 30, 2012 at 1:30 p.m.; and

4. Whereas the parties stipulate to continue the currently scheduled case management conference from January 23, 2012 to January 30, 2012.

IT IS SO STIPULATED.

Dated: January 18, 2012          DuCHARME & COHEN

By     */s/ James A. Du Charme (SBN 61002)*
              JAMES A. DuCHARME

              Attorneys for Plaintiff
              JESSE HOUGHTAILING

              Concurrence obtained per General Order 45

-1-
CASE NO. 3:11-cv-05062-TEH                STIPULATION AND REQUEST TO CONTINUE
                                          JOINT CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| Dated: January 18, 2012 | | VILLARREAL HUTNER & TODD PC |

By _____/s/ Julie Wong_____
TRACY S. TODD
JULIE WONG

Attorneys for Defendants
FRITO-LAY NORTH AMERICA, INC.
and PEPSICO, INC.

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

I attest that concurrence in the filing of this document by the signatory James A. Du Charme, has been obtained, and that a record of the concurrence shall be maintained by Villarreal Hutner & Todd PC.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California this 18th day of January, 2012.


_____/s/ Julie Wong_____
JULIE WONG

-2-
CASE NO. 3:11-cv-05062-TEH     STIPULATION AND REQUEST TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE

1  [PROPOSED] ORDER

2

3  Having considered the foregoing stipulation of the parties, the Court orders the case

4  management conference in the instant matter, <u>Houghtailing v. Frito-Lay North America, Inc.</u>, *et

5  al.*, case number 3:11-cv-05062-TEH, continued to January 30, 2012, at 1:30 p.m. in Courtroom

6  12.

7  IT IS SO ORDERED.

8

9  Dated: __January 18__, 2012

10

11  _____
    HON. THELTON E. HENDERSON