1  DuCHARME & COHEN
   JAMES A. DuCHARME, ESQ., SBN 61002
2  E-MAIL: jducharme@pacbell.net
   450 Taraval Street, P.M.B. 317
3  San Francisco, CA 94116-2530
   Telephone: 415.495.4171
4  Facsimile: 888.668.4170

5  Attorneys for Plaintiff
   JESSE HOUGHTAILING
6
   VILLARREAL HUTNER & TODD PC
7  TRACY S. TODD, ESQ., SBN 172884
   E-Mail: ttodd@vhattorneys.com
8  JULIE WONG, ESQ., SBN 247342
   E-Mail: jwong@vhtattorneys.com
9  575 Market Street, Suite 300
   San Francisco, California  94105
10 Telephone: 415.543.4200
   Facsimile: 415.512.7674
11
   Attorneys for Defendants
12 FRITO-LAY NORTH AMERICA, INC. and
   PEPSICO, INC.
13

14              UNITED STATES DISTRICT COURT

15      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 JESSE HOUGHTAILING,                | CASE NO. 3:11-cv-05062-TEH
                                      | Judge: Hon. Thelton E. Henderson
18              Plaintiff,            |
                                      | **STIPULATION AND REQUEST TO**
19         v.                         | **CONTINUE FURTHER CASE**
                                      | **MANAGEMENT CONFERENCE;**
20 FRITO-LAY NORTH AMERICA, INC., and | [~~PROPOSED~~] **ORDER GRANTING**
   PEPSICO, INC., AND DOES 1 TO 100,  | **CONTINUANCE**
21 inclusive,                         |
                                      |
22                                    |
                                      | Action Filed:  August 24, 2011
23              Defendants.           | Removal Filed:  October 14, 2011
                                      | Trial Date:  None Set
24

25

26

27

28
   {100011275}

1    TO THIS HONORABLE COURT:

2    Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and

3    Defendants Frito-Lay North America, Inc. and Pepsico, Inc. ("Defendants"), by and through their

4    counsel, do hereby agree, stipulate, and respectfully request as follows:

5    1.    WHEREAS, the further case management conference in this case is currently

6    scheduled for Monday, April 30, 2012 at 1:30 p.m., before the Court;

7    2.    WHEREAS, Defendants subpoenaed Plaintiff's medical records on or about

8    February 24, 2012 for production on March 23, 2012;

9    3.    WHEREAS, Defendants have not received the entirety of the subpoenaed

10   documents to date;

11   4.    WHEREAS, the parties have agreed and Defendant Frito-Lay North America, Inc.

12   has noticed Plaintiff's deposition for May 10, 2012.  The parties tried, but were unable to agree to

13   an earlier date due to scheduling conflicts;

14   5.    WHEREAS, the parties believe that it would be most productive to conduct the

15   further case management conference after Defendant has deposed Plaintiff;

16   6.    WHEREAS Plaintiff and his counsel have another case before this Court, Jesse

17   Houghtailing v. Crown Equipment Corp., Case Number 311-cv-05040-TEH, and the further case

18   management conference for that matter is also currently scheduled for April 30, 2012 at 1:30 p.m.;

19   and

20   7.    WHEREAS counsel for Crown Equipment also agrees to a continuance of the

21   further case management conference because it too has discovery that is currently outstanding;

22   8.    THE PARTIES HEREBY STIPULATE to continue the currently scheduled further

23   case management conference from April 30, 2012 until June 11, 2012.  The parties are also

24   available for a further case management conference on June 4, 2012.

25   //

26   //

27   //

28

{100011275}                                    -1-

1    IT IS SO STIPULATED.

2    Dated:  April 5, 2012              DuCHARME & COHEN

3

4                                      By    _____/s/ James A. DuCharme_____
                                              JAMES A. DuCHARME
5

6                                      Attorneys for Plaintiff
                                       JESSE HOUGHTAILING
7

8    Dated:  April 6, 2012             VILLARREAL HUTNER & TODD PC

9

10                                     By    _____/s/ Julie Wong_____
                                              TRACY S. TODD
                                              JULIE WONG
11

12                                     Attorneys for Defendants
                                       FRITO-LAY NORTH AMERICA, INC.
13                                     and PEPSICO, INC.

14

15   **ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

16           I attest that concurrence in the filing of this document by the signatory James A.

17   Du Charme, has been obtained, and that a record of the concurrence shall be maintained by

18   Villarreal Hutner & Todd PC.

19           I declare under penalty of perjury pursuant to the laws of the United States of

20   America that the foregoing is true and correct.

21           Executed at San Francisco, California this 6th day of April, 2012.

22

23

24                                          _____/s/ Julie Wong_____
                                                   JULIE WONG
25

26

27

28

1

[~~PROPOSED~~] ORDER

2

3
        Having considered the foregoing stipulation of the parties, the Court orders the

4
further case management conference in the instant matter, <u>Houghtailing v. Frito-Lay North</u>

5
<u>America, Inc., *et al*.</u>, case number 3:11-cv-05062-TEH, continued to June 11, 2012, at 1:30 p.m. in

6
Courtroom 12.  The parties shall meet and confer and file a joint case management conference
statement on or before June 4, 2012.

7
       IT IS SO ORDERED.

8

9
Dated: _____April 9__, 2012

10

11
HON. _____



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28