| | |
|---|---|
| 1 | DuCHARME & COHEN |
| | JAMES A. DuCHARME, ESQ., SBN 61002 |
| 2 | E-MAIL: jducharme@pacbell.net |
| | 450 Taraval Street, P.M.B. 317 |
| 3 | San Francisco, CA 94116-2530 |
| | Telephone: 415.495.4171 |
| 4 | Facsimile: 888.668.4170 |
| 5 | Attorneys for Plaintiff |
| | JESSE HOUGHTAILING |
| 6 | |
| | VILLARREAL HUTNER & TODD PC |
| 7 | TRACY S. TODD, ESQ., SBN 172884 |
| | E-Mail: ttodd@vhattorneys.com |
| 8 | JULIE WONG, ESQ., SBN 247342 |
| | E-Mail: jwong@vhtattorneys.com |
| 9 | 575 Market Street, Suite 300 |
| | San Francisco, California 94105 |
| 10 | Telephone: 415.543.4200 |
| | Facsimile: 415.512.7674 |
| 11 | |
| | Attorneys for Defendants |
| 12 | FRITO-LAY NORTH AMERICA, INC. and |
| | PEPSICO, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE HOUGHTAILING, | CASE NO. 3:11-cv-05062-TEH |
| | Judge: Hon. Thelton E. Henderson |
| Plaintiff, | |
| | **STIPULATION AND REQUEST TO CONTINUE DEADLINE FOR ADR SESSION; [~~PROPOSED~~] ORDER GRANTING CONTINUANCE** |
| v. | |
| FRITO-LAY NORTH AMERICA, INC., and PEPSICO, INC., AND DOES 1 TO 100, inclusive, | |
| | Action Filed: August 24, 2011 |
| | Removal Filed: October 14, 2011 |
| Defendants. | Trial Date: None Set |

{100014613}

CASE NO. 3:11-cv-05062-TEH        STIPULATION TO CONTINUE DEADLINE FOR ADR SESSION

TO THIS HONORABLE COURT:

Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and Defendants Frito-Lay North America, Inc. and Pepsico, Inc. ("Defendants"), by and through their counsel, do hereby agree, stipulate, and respectfully request as follows:

1. WHEREAS, the Court ordered the Parties to complete their private ADR session by July 31, 2012;

2. WHEREAS, Defendants have been unable to complete Plaintiff's deposition due to scheduling conflicts and Plaintiff's inability to sit for extended periods of time;

3. WHEREAS, the Parties have agreed to continue the deadline to complete their private ADR session;

8. THE PARTIES HEREBY STIPULATE to continue the currently scheduled deadline to complete their private ADR session from July 31, 2012 to October 31, 2012.

IT IS SO STIPULATED.

Dated: July 13, 2012          DuCHARME & COHEN

                              By  *s/ James A. Du Charme*
                                  _____
                                  JAMES A. DuCHARME

                              Attorneys for Plaintiff
                              JESSE HOUGHTAILING

Dated: July 16, 2012          VILLARREAL HUTNER & TODD PC

                              By  */s/ Julie Wong*
                                  _____
                                  TRACY S. TODD
                                  JULIE WONG

                              Attorneys for Defendants
                              FRITO-LAY NORTH AMERICA, INC.
                              and PEPSICO, INC.

{100014613}                             -1-
CASE NO. 3:11-cv-05062-TEH       STIPULATION TO CONTINUE DEADLINE FOR ADR SESSION

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

  I attest that concurrence in the filing of this document by the signatory James A. Du Charme, has been obtained, and that a record of the concurrence shall be maintained by Villarreal Hutner & Todd PC.

  I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

  Executed at San Francisco, California this 16th day of July, 2012.

                */s/ Julie Wong*
                JULIE WONG

[~~PROPOSED~~] ORDER

Having considered the foregoing stipulation of the parties, the Court orders the deadline for the Parties to complete their private ADR session in the instant matter, <u>Houghtailing v. Frito-Lay North America, Inc., *et al.*</u>, case number 3:11-cv-05062-TEH, continued to October 31, 2012.

IT IS SO ORDERED.

Dated: \_\_\_\_\_07/17\_\_\_\_\_, 2012



HON. T_____

{100014613}
CASE NO. 3:11-cv-05062-TEH        -3-        STIPULATION TO CONTINUE DEADLINE FOR ADR SESSION