1  DuCHARME & COHEN
   JAMES A. DuCHARME, ESQ., SBN 61002
2  E-MAIL: jducharme@pacbell.net
   450 Taraval Street, P.M.B. 317
3  San Francisco, CA 94116-2530
   Telephone: 415.495.4171
4  Facsimile: 888.668.4170

5  Attorneys for Plaintiff
   JESSE HOUGHTAILING
6
   VILLARREAL HUTNER & TODD PC
7  TRACY S. TODD, ESQ., SBN 172884
   E-Mail: ttodd@vhattorneys.com
8  JULIE WONG, ESQ., SBN 247342
   E-Mail: jwong@vhtattorneys.com
9  575 Market Street, Suite 300
   San Francisco, California 94105
10 Telephone: 415.543.4200
   Facsimile: 415.512.7674
11
   Attorneys for Defendants
12 FRITO-LAY NORTH AMERICA, INC. and
   PEPSICO, INC.
13

14                UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 | JESSE HOUGHTAILING,              | CASE NO. 3:11-cv-05062-TEH
   |                                   | Judge: Hon. Thelton E. Henderson
18 |         Plaintiff,                |
   |                                   | **STIPULATION AND REQUEST TO
19 |    v.                             | CONTINUE DEADLINE FOR ADR
   |                                   | SESSION; [PROPOSED] ORDER
20 | FRITO-LAY NORTH AMERICA, INC., and| GRANTING CONTINUANCE**
   | PEPSICO, INC., AND DOES 1 TO 100, |
21 | inclusive,                        |
22 |                                   | Action Filed: August 24, 2011
   |                                   | Removal Filed: October 14, 2011
23 |         Defendants.               | Trial Date: None Set
24

25

26

27

28

{100014613}
CASE NO. 3:11-cv-05062-TEH            STIPULATION TO CONTINUE DEADLINE FOR ADR SESSION

1  TO THIS HONORABLE COURT:

2  Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and
3  Defendants Frito-Lay North America, Inc. and Pepsico, Inc. ("Defendants"), by and through their
4  counsel, do hereby agree, stipulate, and respectfully request as follows:

5  1. WHEREAS, the Court ordered the Parties to complete their private ADR session
6  by July 31, 2012;

7  2. WHEREAS, Defendants have been unable to complete Plaintiff's deposition due to
8  scheduling conflicts and Plaintiff's inability to sit for extended periods of time;

9  3. WHEREAS, the Parties have agreed to continue the deadline to complete their
10 private ADR session;

11 8. THE PARTIES HEREBY STIPULATE to continue the currently scheduled
12 deadline to complete their private ADR session from July 31, 2012 to October 31, 2012.

13 IT IS SO STIPULATED.

14 Dated: July 13, 2012                          DuCHARME & COHEN

15
16                                              By   s/ James A. Du Charme
                                                     JAMES A. DuCHARME
17
18                                              Attorneys for Plaintiff
                                                JESSE HOUGHTAILING
19
20 Dated: July 16, 2012                          VILLARREAL HUTNER & TODD PC

21
22                                              By   /s/ Julie Wong
                                                     TRACY S. TODD
                                                     JULIE WONG
23
24                                              Attorneys for Defendants
                                                FRITO-LAY NORTH AMERICA, INC.
25                                              and PEPSICO, INC.

26

27

28

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

  I attest that concurrence in the filing of this document by the signatory James A. Du Charme, has been obtained, and that a record of the concurrence shall be maintained by Villarreal Hutner & Todd PC.

  I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

  Executed at San Francisco, California this 16th day of July, 2012.

                */s/ Julie Wong*
                JULIE WONG

[~~PROPOSED~~] ORDER

Having considered the foregoing stipulation of the parties, the Court orders the deadline for the Parties to complete their private ADR session in the instant matter, <u>Houghtailing v. Frito-Lay North America, Inc., *et al*.</u>, case number 3:11-cv-05062-TEH, continued to October 31, 2012.

IT IS SO ORDERED.

Dated: __07/17__, 2012



_____
HON. Judge Thelton E. Henderson