1  DuCHARME & COHEN
   JAMES A. DuCHARME, ESQ., SBN 61002
2  E-MAIL: jducharme@pacbell.net
   450 Taraval Street, P.M.B. 317
3  San Francisco, CA 94116-2530
   Telephone: 415.495.4171
4  Facsimile: 888.668.4170

5  Attorneys for Plaintiff
   JESSE HOUGHTAILING
6
   VILLARREAL HUTNER & TODD PC
7  TRACY S. TODD, ESQ., SBN 172884
   E-Mail: ttodd@vhattorneys.com
8  JULIE WONG, ESQ., SBN 247342
   E-Mail: jwong@vhtattorneys.com
9  575 Market Street, Suite 300
   San Francisco, California 94105
10 Telephone: 415.543.4200
   Facsimile: 415.512.7674
11
   Attorneys for Defendants
12 FRITO-LAY NORTH AMERICA, INC. and
   PEPSICO, INC.
13

14              UNITED STATES DISTRICT COURT

15      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

| 17 | JESSE HOUGHTAILING, | CASE NO. 3:11-cv-05062-TEH |
| --- | --- | --- |
| 18 | Plaintiff, | Judge: Hon. Thelton E. Henderson |
| 19 | v. | **STIPULATION AND REQUEST TO CONTINUE DEADLINE FOR ADR SESSION; [PROPOSED] ORDER GRANTING CONTINUANCE** |
| 20 | FRITO-LAY NORTH AMERICA, INC., and PEPSICO, INC., AND DOES 1 TO 100, | |
| 21 | inclusive, | |
| 22 | | Action Filed: August 24, 2011 |
| 23 | Defendants. | Removal Filed: October 14, 2011<br>Trial Date: None Set |
| 24 | | |

{100038462}

CASE NO. 3:11-cv-05062-TEH    STIPULATION TO CONTINUE DEADLINE FOR ADR SESSION

TO THIS HONORABLE COURT:

Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and Defendants Frito-Lay North America, Inc. and Pepsico, Inc. ("Defendants"), by and through their counsel, do hereby agree, stipulate, and respectfully request as follows:

1. WHEREAS, the Court ordered the Parties to complete their private ADR session by October 31, 2012;

2. WHEREAS, the Parties are engaging in informal resolution efforts;

3. WHEREAS, the Parties have scheduled the completion of Plaintiff's deposition to occur on November 12, 2012 and November 13, 2012 based on the Parties' informal resolution efforts, scheduling conflicts, and Plaintiff's inability to sit for long periods of time;

4. WHEREAS, the Parties have agreed to continue the deadline to complete their private ADR session;

8. THE PARTIES HEREBY STIPULATE to continue the currently scheduled deadline to complete their private ADR session from October 31, 2012 to December 31, 2012.

IT IS SO STIPULATED.

Dated: October 25, 2012        DuCHARME & COHEN

                               By   /s/ James A. Du Charme
                                    JAMES A. DuCHARME

                               Attorneys for Plaintiff
                               JESSE HOUGHTAILING

Dated: October 25, 2012        VILLARREAL HUTNER & TODD PC

                               By   /s/ Julie Wong
                                    TRACY S. TODD
                                    JULIE WONG

                               Attorneys for Defendants
                               FRITO-LAY NORTH AMERICA, INC.
                               and PEPSICO, INC.

{100038462}                                    -1-
CASE NO. 3:11-cv-05062-TEH         STIPULATION TO CONTINUE DEADLINE FOR ADR SESSION

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

  I attest that concurrence in the filing of this document by the signatory James A. Du Charme, has been obtained, and that a record of the concurrence shall be maintained by Villarreal Hutner & Todd PC.

  I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

  Executed at San Francisco, California this 25th day of October, 2012.

                */s/ Julie Wong*
                JULIE WONG

[~~PROPOSED~~] ORDER

Having considered the foregoing stipulation of the parties, the Court orders the deadline for the Parties to complete their private ADR session in the instant matter, <u>Houghtailing v. Frito-Lay North America, Inc.</u>, *et al.*, case number 3:11-cv-05062-TEH, continued to December 31, 2012.

IT IS SO ORDERED.

Dated: _____11/05___, 2012



HON. _____
Judge Thelton E. Henderson

{100038462}
CASE NO. 3:11-cv-05062-TEH   -3-   STIPULATION TO CONTINUE DEADLINE FOR ADR SESSION