DuCHARME & COHEN
JAMES A. DuCHARME, ESQ., SBN 61002
E-MAIL: jducharme@pacbell.net
450 Taraval Street, P.M.B. 317
San Francisco, CA 94116-2530
Telephone: 415.495.4171
Facsimile: 888.668.4170

Attorneys for Plaintiff
JESSE HOUGHTAILING

VILLARREAL HUTNER & TODD PC
TRACY S. TODD, ESQ., SBN 172884
E-Mail: ttodd@vhattorneys.com
JULIE WONG, ESQ., SBN 247342
E-Mail: jwong@vhtattorneys.com
575 Market Street, Suite 300
San Francisco, California  94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendants
FRITO-LAY NORTH AMERICA, INC. and
PEPSICO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE HOUGHTAILING,<br><br>Plaintiff,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC., and PEPSICO, INC., AND DOES 1 TO 100, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-05062-TEH<br>Judge: Hon. Thelton E. Henderson<br><br>**STIPULATION AND REQUEST TO CONTINUE DEADLINE FOR ADR SESSION; [~~PROPOSED~~] ORDER GRANTING CONTINUANCE**<br><br>Action Filed:  August 24, 2011<br>Removal Filed:  October 14, 2011<br>Trial Date:  None Set |

TO THIS HONORABLE COURT:

Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and Defendants Frito-Lay North America, Inc. and Pepsico, Inc. ("Defendants"), by and through their counsel, do hereby agree, stipulate, and respectfully request as follows:

1. WHEREAS, the Court ordered the Parties to complete their private ADR session by October 31, 2012;

2. WHEREAS, the Parties are engaging in informal resolution efforts;

3. WHEREAS, the Parties have scheduled the completion of Plaintiff's deposition to occur on November 12, 2012 and November 13, 2012 based on the Parties' informal resolution efforts, scheduling conflicts, and Plaintiff's inability to sit for long periods of time;

4. WHEREAS, the Parties have agreed to continue the deadline to complete their private ADR session;

8. THE PARTIES HEREBY STIPULATE to continue the currently scheduled deadline to complete their private ADR session from October 31, 2012 to December 31, 2012.

IT IS SO STIPULATED.

Dated: October 25, 2012

DuCHARME & COHEN

By /s/ James A. Du Charme
JAMES A. DuCHARME

Attorneys for Plaintiff
JESSE HOUGHTAILING

Dated: October 25, 2012

VILLARREAL HUTNER & TODD PC

By */s/ Julie Wong*
TRACY S. TODD
JULIE WONG

Attorneys for Defendants
FRITO-LAY NORTH AMERICA, INC.
and PEPSICO, INC.

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

I attest that concurrence in the filing of this document by the signatory James A. Du Charme, has been obtained, and that a record of the concurrence shall be maintained by Villarreal Hutner & Todd PC.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California this 25th day of October, 2012.


                                                        /s/ Julie Wong
                                                        JULIE WONG

[PROPOSED] ORDER

Having considered the foregoing stipulation of the parties, the Court orders the deadline for the Parties to complete their private ADR session in the instant matter, <u>Houghtailing v. Frito-Lay North America, Inc., *et al.*</u>, case number 3:11-cv-05062-TEH, continued to December 31, 2012.

IT IS SO ORDERED.

Dated: _____ 11/05 , 2012

HON. 
Judge Thelton E. Henderson