1  DuCHARME & COHEN
   JAMES A. DuCHARME, ESQ., SBN 61002
2  E-MAIL: jducharme@pacbell.net
   450 Taraval Street, P.M.B. 317
3  San Francisco, CA 94116-2530
   Telephone: 415.495.4171
4  Facsimile: 888.668.4170

5  Attorneys for Plaintiff
6  JESSE HOUGHTAILING

7  VILLARREAL HUTNER & TODD PC
   TRACY S. TODD, ESQ., SBN 172884
8  E-Mail: ttodd@vhattorneys.com
   JULIE WONG, ESQ., SBN 247342
9  E-Mail: jwong@vhtattorneys.com
   575 Market Street, Suite 300
10 San Francisco, California  94105
   Telephone: 415.543.4200
11 Facsimile: 415.512.7674

12 Attorneys for Defendants
   FRITO-LAY NORTH AMERICA, INC. and
13 PEPSICO, INC.

14

15               UNITED STATES DISTRICT COURT

16      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18 JESSE HOUGHTAILING,                 CASE NO. 3:11-cv-05062-TEH
                                       Judge:  Hon. Thelton E. Henderson
19            Plaintiff,
                                       **STIPULATION AND REQUEST TO**
20      v.                             **CONTINUE ENTRY OF DISMISSAL;**
                                       **[PROPOSED] ORDER GRANTING**
21 FRITO-LAY NORTH AMERICA, INC., and  **CONTINUANCE**
   PEPSICO, INC., AND DOES 1 TO 100,
22 inclusive,

23                                     Action Filed:  August 24, 2011
                                       Removal Filed:  October 14, 2011
24                                     Trial Date:  None Set

25            Defendants.

26

27

28

TO THIS HONORABLE COURT:

Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and Defendants Frito-Lay North America, Inc. and Pepsico, Inc. ("Defendants"), by and through their counsel, do hereby agree, stipulate, and respectfully request as follows:

1.    WHEREAS, ON November 19, 2012 the court entered its Order of dismissal, 60 days following, conditioned upon the performance of the settlement agreement or objection by a party;

2.    WHEREAS, the parties have not finalized the wording of the Release and Settlement Agreement and the consideration has not been exchanged;

3.    WHEREAS, the parties believe they will be able to finalize the agreement and exchange by February 18, 2013;

8.    THE PARTIES HEREBY STIPULATE to continue the currently scheduled Dismissal up to and including February 18, 2013, and request to Court to so Order.

IT IS SO STIPULATED.

Dated: January 15, 2013              DuCHARME & COHEN


By    _____s/ James A. DuCharme_____
                JAMES A. DuCHARME

            Attorneys for Plaintiff
            JESSE HOUGHTAILING


Dated: January 15, 2013              VILLARREAL HUTNER & TODD PC


By    _____/s/ Julie Wong_____
                TRACY S. TODD
                JULIE WONG

        Attorneys for Defendants
    FRITO-LAY NORTH AMERICA, INC.
        and PEPSICO, INC.

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

I attest that concurrence in the filing of this document by the signatory Julie Wong, has been obtained, and that a record of the concurrence shall be maintained by Du Charme & Cohen.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at Vallejo, California this 15th day of January, 2013

_____
*/s/ James A. Du Charme*
James A. Du Charme

[~~PROPOSED~~] ORDER

Having considered the foregoing stipulation of the parties, the Court orders the Dismissal in the instant matter, <u>Houghtailing v. Frito-Lay North America, Inc., *et al*.</u>, case number 3:11-cv-05062-TEH, be continued to February 18, 2013, on the same conditions as this Court's Order of November 19, 2012.

IT IS SO ORDERED.

Dated: _____ 01/16 , 2013



HON. _____
Judge Thelton E. Henderson