DuCHARME & COHEN
JAMES A. DuCHARME, ESQ., SBN 61002
E-MAIL: jducharme@pacbell.net
450 Taraval Street, P.M.B. 317
San Francisco, CA 94116-2530
Telephone: 415.495.4171
Facsimile: 888.668.4170

Attorneys for Plaintiff
JESSE HOUGHTAILING

VILLARREAL HUTNER & TODD PC
TRACY S. TODD, ESQ., SBN 172884
E-Mail: ttodd@vhattorneys.com
JULIE WONG, ESQ., SBN 247342
E-Mail: jwong@vhtattorneys.com
575 Market Street, Suite 300
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendants
FRITO-LAY NORTH AMERICA, INC. and
PEPSICO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE HOUGHTAILING,<br><br>  Plaintiff,<br><br>  v.<br><br>FRITO-LAY NORTH AMERICA, INC., and PEPSICO, INC., AND DOES 1 TO 100, inclusive,<br><br>  Defendants. | CASE NO. 3:11-cv-05062-TEH<br>Judge: Hon. Thelton E. Henderson<br><br>**STIPULATION AND REQUEST TO CONTINUE ENTRY OF DISMISSAL; [PROPOSED] ORDER GRANTING CONTINUANCE**<br><br>Action Filed: August 24, 2011<br>Removal Filed: October 14, 2011<br>Trial Date: None Set |

TO THIS HONORABLE COURT:

Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and Defendants Frito-Lay North America, Inc. and Pepsico, Inc. ("Defendants"), by and through their counsel, do hereby agree, stipulate, and respectfully request as follows:

1. WHEREAS, ON November 19, 2012 the court entered its Order of dismissal, 60 days following, conditioned upon the performance of the settlement agreement or objection by a party;

2. WHEREAS, the parties have not finalized the wording of the Release and Settlement Agreement and the consideration has not been exchanged;

3. WHEREAS, the parties believe they will be able to finalize the agreement and exchange by February 18, 2013;

8. THE PARTIES HEREBY STIPULATE to continue the currently scheduled Dismissal up to and including February 18, 2013, and request to Court to so Order.

IT IS SO STIPULATED.

Dated: January 15, 2013        DuCHARME & COHEN

                               By  _____*s/ James A. DuCharme*_____
                                         JAMES A. DuCHARME

                               Attorneys for Plaintiff
                               JESSE HOUGHTAILING

Dated: January 15, 2013        VILLARREAL HUTNER & TODD PC

                               By  _____*/s/ Julie Wong*_____
                                         TRACY S. TODD
                                         JULIE WONG

                               Attorneys for Defendants
                               FRITO-LAY NORTH AMERICA, INC.
                               and PEPSICO, INC.

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

I attest that concurrence in the filing of this document by the signatory Julie Wong, has been obtained, and that a record of the concurrence shall be maintained by Du Charme & Cohen.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at Vallejo, California this 15th day of January, 2013

/s/ *James A. Du Charme*
James A. Du Charme

[~~PROPOSED~~] ORDER

Having considered the foregoing stipulation of the parties, the Court orders the Dismissal in the instant matter, <u>Houghtailing v. Frito-Lay North America, Inc., *et al*.</u>, case number 3:11-cv-05062-TEH, be continued to February 18, 2013, on the same conditions as this Court's Order of November 19, 2012.

IT IS SO ORDERED.

Dated: _____01/16_____, 2013



_____
HON. 
Judge Thelton E. Henderson