DuCHARME & COHEN
JAMES A. DuCHARME, ESQ., SBN 61002
E-MAIL: jducharme@pacbell.net
450 Taraval Street, P.M.B. 317
San Francisco, CA 94116-2530
Telephone: 415.495.4171
Facsimile: 888.668.4170

Attorneys for Plaintiff
JESSE HOUGHTAILING

VILLARREAL HUTNER & TODD PC
TRACY S. TODD, ESQ., SBN 172884
E-Mail: ttodd@vhattorneys.com
JULIE WONG, ESQ., SBN 247342
E-Mail: jwong@vhtattorneys.com
575 Market Street, Suite 300
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendants
FRITO-LAY NORTH AMERICA, INC. and
PEPSICO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE HOUGHTAILING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRITO-LAY NORTH AMERICA, INC., and PEPSICO, INC., AND DOES 1 TO 100, inclusive,<br><br><br><br>　　　　Defendants. | CASE NO. 3:11-cv-05062-TEH<br>Judge: Hon. Thelton E. Henderson<br><br>**STIPULATION AND REQUEST TO CONTINUE ENTRY OF DISMISSAL; [PROPOSED] ORDER GRANTING CONTINUANCE**<br><br><br>Action Filed:  August 24, 2011<br>Removal Filed:  October 14, 2011<br>Trial Date:  None Set |

TO THIS HONORABLE COURT:

Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and Defendants Frito-Lay North America, Inc. and Pepsico, Inc. ("Defendants"), by and through their counsel, do hereby agree, stipulate, and respectfully request as follows:

1. WHEREAS, on November 19, 2012, the court entered its Order of dismissal, 60 days following, conditioned upon the performance of the settlement agreement or objection by a party;

2. WHEREAS, on February 19, 2013, the Court extended the dismissal deadline to March 18, 2013.

3. WHEREAS, the parties are continuing to finalize the wording of the Release and Settlement Agreement and the consideration has not been exchanged;

4. WHEREAS, the parties have been hampered by certain cross over issues existing in Plaintiff's worker's compensation claim, arising from Plaintiff's employment with Defendant Frito-Lay, and carving the issues out has delayed the parties from resolving ALL of their claims and differences and thus finalizing the agreement; and

5. WHEREAS, the parties believe that they will reach an agreement on those issues, obtain the necessary approval from the Workers' Compensation Appeals Board, and believe they will have a finalized agreement no later than mid-April, 2013;

6. THE PARTIES HEREBY STIPULATE to continue the currently scheduled Dismissal up to and including April 8, 2013, and request the Court to so Order.

IT IS SO STIPULATED.

Dated: March 15, 2013                    DuCHARME & COHEN

                                         By      *s/ James A. DuCharme*
                                              JAMES A. DuCHARME
                                              Attorneys for Plaintiff
                                              JESSE HOUGHTAILING

Dated: March 15, 2013                    VILLARREAL HUTNER & TODD PC


By   _____/s/ Julie Wong_____
TRACY S. TODD
JULIE WONG
Attorneys for Defendants
FRITO-LAY NORTH AMERICA, INC.
and PEPSICO, INC.

[~~PROPOSED~~] ORDER

Having considered the foregoing stipulation of the parties, the Court orders the Dismissal in the instant matter, <u>Houghtailing v. Frito-Lay North America, Inc., *et al*.</u>, case number 3:11-cv-05062-TEH, be continued to April 8, 2013, on the same conditions as this Court's Order of November 19, 2012.

IT IS SO ORDERED.

Dated: _____03/18_____, 2013



_____
HON. THELTON E. HENDERSON