1  DuCHARME & COHEN
   JAMES A. DuCHARME, ESQ., SBN 61002
2  E-MAIL: jducharme@pacbell.net
   450 Taraval Street, P.M.B. 317
3  San Francisco, CA 94116-2530
4  Telephone: 415.495.4171
   Facsimile: 888.668.4170
5
   Attorneys for Plaintiff
6  JESSE HOUGHTAILING

7  VILLARREAL HUTNER & TODD PC
   TRACY S. TODD, ESQ., SBN 172884
8  E-Mail: ttodd@vhattorneys.com
   JULIE WONG, ESQ., SBN 247342
9  E-Mail: jwong@vhtattorneys.com
   575 Market Street, Suite 300
10 San Francisco, California 94105
   Telephone: 415.543.4200
11 Facsimile: 415.512.7674

12 Attorneys for Defendants
   FRITO-LAY NORTH AMERICA, INC. and
13 PEPSICO, INC.

14

15                       UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  JESSE HOUGHTAILING,<br><br>19             Plaintiff,<br><br>20     v.<br><br>21  FRITO-LAY NORTH AMERICA, INC., and<br>    PEPSICO, INC., AND DOES 1 TO 100,<br>22  inclusive,<br><br>23<br><br>24<br><br>25             Defendants. | CASE NO. 3:11-cv-05062-TEH<br>Judge: Hon. Thelton E. Henderson<br><br>**STIPULATION AND REQUEST TO<br>CONTINUE ENTRY OF DISMISSAL;<br>[PROPOSED] ORDER GRANTING<br>CONTINUANCE**<br><br><br>Action Filed: August 24, 2011<br>Removal Filed: October 14, 2011<br>Trial Date: None Set |

26

27

28

TO THIS HONORABLE COURT:

Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and Defendants Frito-Lay North America, Inc. and Pepsico, Inc. ("Defendants"), by and through their counsel, do hereby agree, stipulate, and respectfully request as follows:

1. WHEREAS, on November 19, 2012, the court entered its Order of dismissal, 60 days following, conditioned upon the performance of the settlement agreement or objection by a party;

2. WHEREAS, on February 19, 2013, the Court extended the dismissal deadline to March 18, 2013.

3. WHEREAS, the parties are continuing to finalize the wording of the Release and Settlement Agreement and the consideration has not been exchanged;

4. WHEREAS, the parties have been hampered by certain cross over issues existing in Plaintiff's worker's compensation claim, arising from Plaintiff's employment with Defendant Frito-Lay, and carving the issues out has delayed the parties from resolving ALL of their claims and differences and thus finalizing the agreement; and

5. WHEREAS, the parties believe that they will reach an agreement on those issues, obtain the necessary approval from the Workers' Compensation Appeals Board, and believe they will have a finalized agreement no later than mid-April, 2013;

6. THE PARTIES HEREBY STIPULATE to continue the currently scheduled Dismissal up to and including April 8, 2013, and request the Court to so Order.

IT IS SO STIPULATED.

Dated: March 15, 2013                    DuCHARME & COHEN


By     *s/ James A. DuCharme*
       JAMES A. DuCHARME
       Attorneys for Plaintiff
       JESSE HOUGHTAILING

1 | Dated: March 15, 2013              VILLARREAL HUTNER & TODD PC

                                      By    _____*/s/ Julie Wong*_____
                                              TRACY S. TODD
                                              JULIE WONG
                                           Attorneys for Defendants
                                      FRITO-LAY NORTH AMERICA, INC.
                                              and PEPSICO, INC.

[~~PROPOSED~~] ORDER

Having considered the foregoing stipulation of the parties, the Court orders the Dismissal in the instant matter, <u>Houghtailing v. Frito-Lay North America, Inc., *et al*</u>., case number 3:11-cv-05062-TEH, be continued to April 8, 2013, on the same conditions as this Court's Order of November 19, 2012.

IT IS SO ORDERED.

Dated: _____03/18_____, 2013



_____
　　　　　　　　　　　　　　　ENDERSON
Judge Thelton E. Henderson