| | |
|---|---|
| 1 | DuCHARME & COHEN |
| 2 | JAMES A. DuCHARME, ESQ., SBN 61002<br>E-MAIL: jducharme@pacbell.net |
| 3 | 450 Taraval Street, P.M.B. 317<br>San Francisco, CA 94116-2530 |
| 4 | Telephone: 415.495.4171<br>Facsimile: 888.668.4170 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>JESSE HOUGHTAILING |
| 7 | VILLARREAL HUTNER & TODD PC |
| 8 | TRACY S. TODD, ESQ., SBN 172884<br>E-Mail: ttodd@vhattorneys.com |
| 9 | JULIE WONG, ESQ., SBN 247342<br>E-Mail: jwong@vhtattorneys.com |
| 10 | 575 Market Street, Suite 300<br>San Francisco, California  94105 |
| 11 | Telephone: 415.543.4200<br>Facsimile: 415.512.7674 |
| 12 | |
| 13 | Attorneys for Defendants<br>FRITO-LAY NORTH AMERICA, INC. and<br>PEPSICO, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE HOUGHTAILING,<br><br>          Plaintiff,<br><br>     v.<br><br>FRITO-LAY NORTH AMERICA, INC., and PEPSICO, INC., AND DOES 1 TO 100, inclusive,<br><br>          Defendants. | CASE NO. 3:11-cv-05062-TEH<br>Judge:  Hon. Thelton E. Henderson<br><br>**STIPULATION AND REQUEST TO CONTINUE ENTRY OF DISMISSAL; [PROPOSED] ORDER GRANTING CONTINUANCE**<br><br>IT IS SO ORDERED AS MODIFIED<br><br>Action Filed:  August 24, 2011<br>Removal Filed:  October 14, 2011<br>Trial Date:  None Set |

TO THIS HONORABLE COURT:

Plaintiff Jesse Houghtailing (hereinafter "Plaintiff"), by and through his counsel, and Defendants Frito-Lay North America, Inc. and Pepsico, Inc. ("Defendants"), by and through their counsel, do hereby agree, stipulate, and respectfully request as follows:

1. WHEREAS, on November 19, 2012, the court entered its Order of dismissal, 60 days following, conditioned upon the performance of the settlement agreement or objection by a party;

2. WHEREAS, on February 19, 2013, the Court extended the dismissal deadline to March 18, 2013.

3. WHEREAS, on March 18, 2013, the Court extended the dismissal deadline to April 8, 2013.

4. WHEREAS, the parties have finalized the wording of the Release and Settlement Agreement, but the consideration has not been exchanged;

5. WHEREAS, the parties need additional time to obtain the necessary approval from the Workers' Compensation Appeals Board, and believe they will have a finalized agreement no later than the end of April, 2013;

6. THE PARTIES HEREBY STIPULATE to continue the currently scheduled Dismissal up to and including April 19, 2013, and request the Court to so Order.

IT IS SO STIPULATED.

Dated:  April 5, 2013                DuCHARME & COHEN


By    *s/ James A. DuCharme*
JAMES A. DuCHARME
Attorneys for Plaintiff
JESSE HOUGHTAILING

1  Dated: April 5, 2013                    VILLARREAL HUTNER & TODD PC

                                           By     /s/ Julie Wong
                                                  TRACY S. TODD
                                                  JULIE WONG
                                           Attorneys for Defendants
                                           FRITO-LAY NORTH AMERICA, INC.
                                           and PEPSICO, INC.

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

I attest that concurrence in the filing of this document by the signatory James A. Du Charme, has been obtained, and that a record of the concurrence shall be maintained by Villarreal Hutner & Todd PC.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California this 5th day of April, 2013

_____
*/s/ Julie Wong*
Julie Wong

[PROPOSED] ORDER

Having considered the foregoing stipulation of the parties, the Court orders the Dismissal in the instant matter, Houghtailing v. Frito-Lay North America, Inc., *et al.*, case number 3:11-cv-05062-TEH, be continued to April 19, 2013, on the same conditions as this Court's Order of November 19, 2012.           ABSOLUTELY no further extensions shall be granted.

IT IS SO ORDERED.

Dated: _____04/08_____, 2013



_____
HON. Judge Thelton E. Henderson